**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01036-CV

### IN RE MUSTANG ASSET RECOVERY, LTD., Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court is relator's August 27, 2019 petition for writ of mandamus. We request real party in interest and respondent to file their responses, if any, to the petition for writ of mandamus on or before **OCTOBER 10, 2019**.

/s/    LANA MYERS
       JUSTICE